# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 8/14/2024 | Case Number: | 2:23-cv-00799 |
| Case Style: | Wickline et al., vs. Cumberledge et al., | | |
| Type of hearing: | Show Cause Hearing | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Staci Wilson |

Attorney(s) for the Plaintiff or Government:

John Bryan

Attorney(s) for the Defendant(s):

Colton Parsons, Michael Mullins, Matthew Lindsay

| | |
|---|---|
| Law Clerk: | Adam Wilson |
| Probation Officer: | N/A |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 11:08 AM | 11:36 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 28 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 11:00 a.m.
Actual Start: 11:08 a.m.

Parties present in person. Court addresses issue with pleadings. Court takes matter under advisement.

Court recessed: 11:36 a.m.